IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| LOUISE BALTIMORE, | * | |
|---|---|---|
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:09cv00698 SWW |
| | * | |
| YOUTH HOME, INC., | * | |
| | * | |
| Defendant. | * | |

## ORDER

Plaintiff Louise Baltimore, who is proceeding *pro se*, filed her complaint of alleged employment discrimination on August 27, 2009 (entered the following day), and the docket sheet reflects "No Summons were issued ... Blank Summons were given to plaintiff." The case file does not reflect that plaintiff has served defendant with process in this matter, therefore, failing to meet the requirements under Fed.R.Civ.P. 4(l) (requiring proof of service upon defendant) and Fed.R.Civ.P. 4(m) (setting forth a 120-day time limit for service). It appears that plaintiff no longer wishes to pursue this action.

IT IS THEREFORE ORDERED that plaintiff shall file proof of service in this case within fourteen (14) days of the entry of this Order. If plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice for failure to obtain service and prosecute this action.

IT IS SO ORDERED this 4th day of January 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE