# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

LOUISE BALTIMORE

v.                                       NO. 4:09CV00698 SWW

YOUTH HOME, INC.

### ORDER OF DISMISSAL

Pursuant to the stipulation of dismissal filed by the parties stating that this action should be dismissed with prejudice,

IT IS THEREFORE ORDERED that this cause of action is hereby dismissed with prejudice with the parties to bear their own costs.

DATED this 28th day of June 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE